UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EDWARDS,<br><br>                Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT,<br><br>                Defendant. | No. ED CV 14-2410 CAS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

      IT IS ORDERED that defendant's motion to dismiss is granted and that Judgment be entered dismissing plaintiff's federal claims with prejudice and dismissing all other claims without prejudice.

DATED: October 2, 2018

                                              CHRISTINA A. SNYDER
                                              United States District Judge