JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEPHEN EDWARDS,                    )    No. ED CV 14-2410 CAS (FFM)
                                    )
                    Plaintiff,      )    JUDGMENT
        v.                          )
                                    )
COACHELLA VALLEY WATER              )
DISTRICT,                           )
                                    )
                    Defendant.      )
_____ )

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

United States Magistrate Judge,

        IT IS ADJUDGED that: (1) plaintiff take nothing by his Second Amended

Complaint; (2) plaintiff's federal claims are dismissed with prejudice as time-barred; and

(3) all plaintiff's other claims are dismissed without prejudice.


DATED: October 2, 2018


                                            _____
                                            CHRISTINA A. SNYDER
                                            United States District Judge